UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELBY F. STEWART, | No. 2:16-cv-00388-KJM-EFB |
| Plaintiff, | |
| v. | AMENDMENT TO SCHEDULING ORDER |
| BILLY J. SAUKKOLA, et al., | |
| Defendants. | |

The parties jointly request (ECF No. 25) to amend dates in the pretrial scheduling order (ECF No. 14). Good cause appearing, the court GRANTS this request. The court also modifies the scheduling conference as follows:

| Description | Existing Date | New Date |
|---|---|---|
| Discovery Cutoff | 08/14/17 | 1/12/18 |
| Expert Disclosures | 07/28/17 | 2/16/18 |
| Supplemental Expert Disclosures | 08/18/17 | 3/9/18 |
| Completion of Expert Discovery | 09/18/17 | 4/9/18 |
| Dispositive Motions heard no later than | 11/17/17 | 5/18/18 |
| File Joint Pretrial Conference Statement | 04/13/18 | 9/28/18 |
| Final Pretrial Conference | 05/04/18 | 10/19/18 |

The due dates for trial and trial briefs are now VACATED, and will be determined at the final pre-trial conference.

1
2       IT IS SO ORDERED.
3 DATED: July 17, 2017.
4
5                                   UNITED STATES DISTRICT JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28